## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 22-41262 |
| Kevin Story, Jr., | Chapter 7 |
| Debtor. | |
| Kevin Story, Jr., | Adv. Proc. No. 23-04081 |
| Plaintiff, | |
| v. | |
| U.S. Department of Education, | |
| Defendant. | |

## JUDGMENT

This proceeding came before the Court, and a decision or order for judgment was duly rendered, William J. Fisher, United States Bankruptcy Judge, presiding.

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. Pursuant to the stipulation and 11 U.S.C. § 523(a)(8), the prepetition National Student Loan Data System Loans 5 through 18 described in the stipulation are hereby not excepted from discharge.

2.    The remaining prepetition National Student Loan Data System Loans 19 and 20 held by Defendant in the amount of $8,680.93, plus any accrued interest, are not discharged under 11 U.S.C. § 523(a)(8) and are not subject to discharge under 11 U.S.C. § 524(a).

Dated: *March 5, 2025*

Tricia Pepin
United States Bankruptcy Court Clerk

By: /e/ Rachel Glissmann
Deputy Clerk